**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FAX:            (714) 385-8123
E-MAIL: troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Patricia Villanueva

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA VILLANUEVA, | No. CV 09-606 SS |
| Plaintiff, | ORDER AWARDING EAJA FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees and costs ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded fees in the amount of TWO THOUSAND SIX HUNDRED DOLLARS and NO CENTS ($2,600.00) and costs in the amount of THREE HUNDRED SIXTY-EIGHT DOLLARS and SIXTY-TWO CENTS ($368.62), as authorized by 28 U.S.C. §§ 1920 and 2412(d), and subject to the terms of the Stipulation.

Dated: 5/5/10                                   /S/

_____
Suzanne H. Segal
UNITED STATES MAGISTRATE JUDGE

1